**Order entered September 29, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00695-CV

## IN THE INTEREST OF J.N., L.N., K.N., M.N., CHILDREN

**On Appeal from the 302nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-17-19715**

## ORDER

Before the Court is appellant's motion for a sixty-day extension of time to file her brief. Appellant explains the extension is necessary so that she may try to obtain counsel. We **GRANT** the motion and **ORDER** the brief be filed no later than December 2, 2020.

We note the motion does not include the certificate of conference required by the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 10.1(a)(5). We caution that all future motions shall include the certificate.

/s/    ROBERT D. BURNS, III
       CHIEF JUSTICE